In the Matter of the Application of ROCKLAND LIGHT AND POWER COMPANY, Respondent, for a Certiorari Order against MILO R. MALTBIE and Others, Constituting the Public Service Commission, Head of the State Division of the Department of Public Service of the State of New York, and the PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, Appellants.

Third Department, May 15, 1934.

*Cullen & Dykman* [*Jackson A. Dykman, Elton H. Beals, Sigourney B. Olney* and *Neile F. Towner* of counsel], for the Rockland Light and Power Company.

*Charles G. Blakeslee* [*Russell B. Burnside* of counsel], for the Public Service Commission.

Order unanimously affirmed, with ten dollars costs and disbursements, on the opinion in *Matter of Rockland Light & Power Co.* v. *Maltbie* (241 App. Div. 122), decided herewith.

Present — HILL, P. J., RHODES, McNAMEE, BLISS and HEFFERNAN, JJ.